NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| TAUREZS LEIGH BULLOCK,<br>DOC# T70725,<br><br>           Appellant,<br><br>v.<br><br>STATE OF FLORIDA,<br><br>           Appellee. | Case No. 2D17-2954 |

Opinion filed August 24, 2018.

Appeal from the Circuit Court for Pasco
County; Mary M. Handsel, Judge.

Howard L. Dimmig, II, Public Defender,
and Kimberly Nolen Hopkins, Special
Assistant Public Defender, Bartow,
for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

       We affirm without prejudice to any right Mr. Bullock may have to file a

petition alleging ineffective assistance of appellate counsel pursuant to Florida Rule of

Appellate Procedure 9.141 as related to Martin v. State, 43 Fla. L. Weekly D1016 (Fla.

2d DCA May 4, 2018), the review of which has been stayed in SC18-789 pending the resolution of the conflict decision in Love v. State, 43 Fla. L. Weekly D1065 (Fla. 3d DCA May 11, 2018), review granted, SC18-747 (Fla. June 26, 2018).

Affirmed.

LaROSE, C.J., and BLACK and SALARIO, JJ., Concur.